MAURICE MAUGER and MARCEL COUTANT, as Receivers and Trustees of the Property, Assets and Affairs of SOCIETE PATHE CINEMA, S. A., Respondents, v. HAROLD AUTEN, Appellant.— Order entered December 2, 1939, unanimously affirmed, with ten dollars costs and disbursements. No opinion. The date for the examination to proceed to be fixed in the order. Settle order on notice. Present — Martin, P. J., O'Malley, Townley, Cohn and Callahan, JJ.

AMERICAN AIRWAYS, INC., and THE ÆTNA CASUALTY AND SURETY COMPANY, Respondents, v. FORD MOTOR COMPANY, Appellant.— Judgment modified by reducing the judgment in favor of the Ætna Casualty and Surety Company by eliminating the expenses incurred in connection with the settlement of the death claims, and as so modified affirmed, without costs. No opinion. Present — O'Malley, Glennon, Untermyer, Dore and Callahan, JJ.; Callahan, J., dissents and votes to reverse and dismiss the complaint on the ground that the evidence is insufficient to show that the defendant knew or should have known, at the time of the inspection, that the tool marks were a source of danger; and upon the further ground that the evidence was insufficient to show that the proximate cause of the failure of the hub was due to such tool marks.— Settle order on notice. [170 Misc. 721.]

MARY McGLYNN, as Administratrix, etc., of JOSEPH A. McGLYNN, Deceased, v. ALLEN N. SPOONER AND SON, INC.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

In the Matter of the Application of JOHN CRAWFORD KNOX, as General Guardian of the Minor Children of MAURICE MATTHYSSENS, for an Advance Payment on Account of Their Interest in the Estate of LENA SIDONIA LUCKEMEYER, Deceased. ANTON H. SCHEFER, as Sole Surviving Executor of Said Estate.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Martin, P. J., O'Malley, Townley, Dore and Cohn, JJ.

BETSY RITCHIE ARON v. HAROLD GUTHRIE ARON.— Motion for leave to appeal to the Court of Appeals or for a reargument and for a stay denied, with ten dollars costs. Present — Martin, P. J., O'Malley, Townley, Dore and Cohn, JJ.

ETTA K. MICHAELSON v. TONY SARDU, Trading as CITY SEWING MACHINE CO.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Martin, P. J., Glennon, Untermyer, Dore and Cohn, JJ.